**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-60497-BLOOM/Valle**

ALEXANDR KOZYREV,

    Plaintiff,
v.

DMITRY PONOMARENKO and
FATIMA ESENOVA,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 8, 2020, Defendant Fatima Esenova ("Esenova") filed a Motion for Attorney's Fees, ECF No. [154]. Plaintiff Alexandr Kozyrev filed an Opposition, ECF No. [156], and Defendant, Dmitry Ponomarenko, filed an Opposition ECF No. [160]. Esenova then filed *two* replies in support of her motion, *see* ECF Nos. [164] and [165], on May 28, 2020, and May 29, 2020, respectively.

Under Local Rule 7.1(c), the movant may "file and serve *a* reply memorandum in support of the motion," and the reply "shall not exceed ten (10) pages." *See id.* (emphasis added). Esenova's multiple filings do not comply with the Local Rules.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Fatima Esenova's Reply in Support of Motion for Attorney's Fees, ECF No. [164], and Reply to Dmitry Ponomarenko in Support of her Motion for Attorney's Fees, ECF No. [165], are **STRICKEN**. Esenova may re-file a single, combined reply limited to 10 pages on or before **June 5, 2020**.

Case No. 19-cv-60497-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 2, 2020.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record